IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nhelta Kayren
_____          *

                                            Civil Action No.
                                            **DKC 1 0 CV 1 2 83**
                                            **VS**

LTD Financial Serves, LP
_____          *     JUNE 21, 2010

                                       * * * * * * *

NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                              THE PLAINTIFF

                                              BY/S/Bernard T. Kennedy
                                              Bernard T. Kennedy, Esquire
                                              The Kennedy Law Firm
                                              P.O. Box 657
                                              Edgewater, MD 21037
                                              Ph   (443) 607-8901
                                              Fax (443) 607-8903
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/21/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy